TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00195-CR







Ex Parte: Gavino Martinez, Appellant








FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 94-727-K26, HONORABLE BILLY RAY STUBBLEFILED, JUDGE PRESIDING








PER CURIAM


 This is an appeal from an order denying relief on appellant's writ of habeas corpus. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: May 10, 1995


Do Not Publish